IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMOS MOORE                                                                      PLAINTIFF

v.                            No. 4:23-cv-275-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                      DEFENDANTS

JUDGMENT

Moore's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2023